Friday, July 01, 2011

Mr. Peter M. Kelly
Kelly Durham & Pittard LLP
1005 Heights Boulevard
Houston, TX 77008
Mr. Frank Gerhardt Cawley
Whitehurst & Cawley, L.L.P.
4560 Belt Line Road, Suite 200
Addison, TX 75001

RE: Case Number: 09-0377
 Court of Appeals Number: 12-07-00130-CV
 Trial Court Number: CV-38059

Style: AARON GLENN HAYGOOD
 v.
 MARGARITA GARZA DE ESCABEDO

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Michael A. Cruz, Deputy Clerk
Enclosure
|cc:|Ms. Cathy S. Lusk |
| |Ms. Reba Squyres |
| |Clerk |
| |Mr. Levon G. |
| |Hovnatanian |
| |Mr. Warren Szutse |
| |Huang |
| |Mr. Gregory D. Smith |
| |Mr. J. Mitchell Smith|
| | |
| |Mr. Michael A. Choyke|
| | |
| |Mr. Kirk L. Pittard |
| |Ms. Diana L. Faust |